# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYNOIND DEMERY,<br><br>                Plaintiff,<br><br>vs.<br><br>WILLIAM GORE; BRUCE LEICHT;<br>RN #6895; SAN DIEGO COUNTY<br>SHERIFF'S DEPARTMENT,<br><br>                Defendants. | Civil No.   11-CV-2273 MMA (POR)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEES PURSUANT TO 28 U.S.C. § 1914(a) AND FOR FAILING TO MOVE *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 27, 2011. Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a); nor did he submit a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).[1]

---

[1] While Plaintiff filed a copy of his inmate trust account statement, it does not appear that Plaintiff was incarcerated at the time he filed this action. Because Plaintiff did not file a proper Motion to Proceed IFP, the Court is not clear as to whether Plaintiff is incarcerated and he must properly indicate his status should he elect to file a Motion to Proceed IFP and proceed in this matter.

## I.   FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS

Any party instituting a civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). As noted above, Plaintiff did not prepay the $350 filing fee required to commence a civil action; nor has he submitted a Motion to Proceed IFP in this Court. Therefore, the case must be dismissed pursuant to 28 U.S.C. § 1914(a).

## II.   CONCLUSION AND ORDER

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is filed to: (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to Proceed IFP. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIV LR. 3.2(b).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the Court's form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the enclosed Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice and without further Order of the Court.

**IT IS SO ORDERED.**

DATED: November 4, 2011

Hon. Michael M. Anello
United States District Judge